470 A.2d 1034

Commonwealth v. Torres, Appellant.

Submitted October 7, 1983. Robert A. Longo, for appellant; Joseph C. Madenspacher, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Order affirmed.